UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SATNAM SINGH, | No. 1:26-cv-00436-DAD-SCR |
| Petitioner, | |
| v. | ORDER ADOPTING FINDINGS AND RECOMMENDATIONS, GRANTING PETITIONER'S PETITIION FOR WRIT OF HABEAS CORPUS, AND DENYING PETITIONER'S MOTION TO APPOINT COUNSEL AS MOOT |
| WARDEN OF THE GOLDEN STATE ANNEX DETENTION FACILITY, et al., | |
| Respondents. | |
| | (Doc. No. 11) |

Petitioner Satnam Singh is a federal immigration detainee proceeding *pro se* with a petition for writ of habeas corpus pursuant to 28 U.S.C. § 2241. This matter was referred to a United States Magistrate Judge pursuant to 28 U.S.C. § 636(b)(1)(B) and Local Rule 302.

On February 6, 2026, the assigned magistrate judge issued findings and recommendations recommending that petitioner's petition for writ of habeas corpus (Doc. No. 1) be granted. (Doc. No. 11.) Specifically, the magistrate judge found that petitioner has a liberty interest in his continued release after having been released from immigration detention and that the evaluation of the factors identified by the Supreme Court in *Mathews v. Eldridge*, 424 U.S. 319 (1976) weighed in favor of granting petitioner relief. (*Id*. at 3–6.) The pending findings and recommendations were served on the parties and contained notice that any objections thereto

were to be filed within seven (7) days after service. (*Id*. at 6.) On February 13, 2026, respondents filed their objections to the pending findings and recommendations. (Doc. No. 13.) Respondents' objections consist entirely of the following sentence, "[f]or the reasons set forth in Respondent's previous briefing, Respondent objects to the Findings and Recommendations." (*Id*. at 1.) Any such arguments were already evaluated and properly rejected in the assigned magistrate judge's well-reasoned findings and recommendations. Accordingly, respondents' objections provide no basis on which to decline adopting the pending findings and recommendations.

In accordance with the provisions of 28 U.S.C. § 636(b)(1)(C), this court has conducted a *de novo* review of the case. Having carefully reviewed the entire file, the court concludes that the findings and recommendations are supported by the record and by proper analysis.

For the reasons above,

1.  The findings and recommendations filed on February 6, 2026 (Doc. No. 11) are ADOPTED IN FULL;

2.  Petitioner's petition for writ of habeas corpus (Doc. No. 1) is GRANTED as follows:

    a.  Respondents are ORDERED to immediately release petitioner from respondent's custody with the same conditions that he was subject to prior to his re-detention on July 20, 2025;

    b.  Respondents are ENJOINED and RESTRAINED from re-detaining petitioner unless they provide petitioner with written notice before a pre-deprivation bond hearing to be convened by a neutral decision maker, at which hearing respondents will bear the burden of demonstrating that petitioner is a flight risk or danger to the community;

3.  Respondents are ORDERED to file a notice certifying compliance with this order within four (4) days of the date of entry of this order;

4.  The Clerk of the Court is directed to ENTER judgment in favor of petitioner; and

/////

2

5.      Petitioner's motion to appoint counsel (Doc. No. 3) is denied as having been rendered moot in light of this order.

IT IS SO ORDERED.

Dated:     **February 26, 2026**

_Dale A. Drozd_

DALE A. DROZD
UNITED STATES DISTRICT JUDGE